August 26, 2011

Mr. J. Stephen Dillawn
Germer Gertz Beaman & Brown LLP
301 Congress, Suite 1700
Austin, TX 78701
Mr. Aaron Felton Allison
Allison & Ward LLP
2001 North Lamar Blvd.
Austin, TX 78705

RE: Case Number: 10-0524
 Court of Appeals Number: 03-09-00734-CV
 Trial Court Number: D-1-GN-09-001336

Style: ST. DAVID'S HEALTHCARE PARTNERSHIP, L.P., LLP D/B/A ST. DAVID'S
 HOSPITAL AND ST. DAVID'S COMMUNITY HEALTH FOUNDATION
 v.
 GENARO ESPARZA, JR.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/082611.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Jeffrey D. Kyle |
| |Ms. Amalia |
| |Rodriguez-Mendoza |